**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Carlos CENICEROS–FLORES, Defendant–Appellant.**

**No. 04–30229.**

United States Court of Appeals, Ninth Circuit.

Nov. 30, 2006.

Jane M. Kirk, Esq., Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

K. Elizabeth Dahlstrom, Esq., Federal Defenders of Eastern Washington & Idaho, Yakima, WA, for Defendant–Appellant.

Before: GOODWIN, ALARCÓN and TROTT, Circuit Judges.

## MEMORANDUM *

On December 15, 2004, we granted appellee's unopposed motion for summary affirmance in this appeal. The Supreme Court vacated and remanded our disposition for consideration in light of its subsequent decision in *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). *See Ramos–Birrueta v. United States*, 543 U.S. 1183, 125 S.Ct. 1427, 161 L.Ed.2d 185 (2005) (table).

We affirmed in our prior disposition the enhancement of appellant's sentence based on a conviction that was neither pled nor proved to a jury, relying on *United States v. Quintana–Quintana*, 383 F.3d 1052 (9th Cir.2004), *cert. denied*, 543 U.S. 1130, 125

* This disposition is not appropriate for publication and may not be cited to or by the courts

S.Ct. 1100, 160 L.Ed.2d 1085 (2005) (holding that *Blakely v. Washington*, 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004) did not overrule *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998)), *United States v. Arellano–Rivera*, 244 F.3d 1119, 1127 (9th Cir.2001) (on de novo review, holding that *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), did not overrule *Almendarez–Torres* ), and *United States v. Pacheco–Zepeda*, 234 F.3d 411, 414–15 (9th Cir.) (same, reviewing for plain error), *cert. denied*, 532 U.S. 966, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001).

We have recently reaffirmed this line of cases in light of the Supreme Court's subsequent decision in *Booker*. *See United States v. Brown*, 417 F.3d 1077, 1078–79 (9th Cir.2005). Consequently, we again grant appellee's motion for summary affirmance of the judgment in this appeal.

**AFFIRMED.**

*This case was not selected for publication in the Federal Reporter*

of this circuit except as provided by 9th Cir. R. 36–3.